UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KENNETH GRABARCZYK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSH STEIN, Attorney General of the State of ) <br> North Carolina, in his official capacity; BOB ) <br> SCHURMEIER, Director of the North Carolina ) <br> State Bureau of Investigation, in his official ) <br> capacity; SEAN BOONE, District Attorney of ) <br> Alamance County, North Carolina, in his official ) <br> capacity; and TERRY JOHNSON, Sheriff of ) <br> Alamance County, North Carolina, ) <br> in his official capacity, ) <br> Defendants. ) <br> ) | **JUDGMENT** <br> 5:21-CV-94-BO |

**Decision by Court.**
This cause comes before the Court on defendant Josh Stein's filing of a notice [DE 33] which the Court has construed as a motion to dismiss plaintiffs complaint as moot. Plaintiff has responded, defendant has replied, and the matter is ripe for ruling.

**IT IS ORDERED, ADJUDGED AND DECREED** defendant Josh Stein's motion to dismiss this action as moot [DE 33] is GRANTED. The complaint is hereby DISMISSED. All other pending motions [DE 17, 19, 21 , 23, 24] are DENIED AS MOOT.

**This judgment filed and entered on December 7, 2021, and served on:**
Paul Dubbeling (via CM/ECF Notice of Electronic Filing)
Tamika Henderson (via CM/ECF Notice of Electronic Filing)
Bryan Nichols (via CM/ECF Notice of Electronic Filing)
Elizabeth O'Brien (via CM/ECF Notice of Electronic Filing)
William Hill (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

December 7, 2021

  /s/Peter A. Moore, Jr.
By: Deputy Clerk